IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S. STEVEN MAESE,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH JORDAN CITY, OFFICER JOHNNY SERRANO, OFFICER ANDREW THOMPSON, AND OFFICER DOES 1-10,<br><br>Defendants. | **SCHEDULING ORDER**<br><br>Case No. 2:21-cv-0562-DBB-CMR<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the parties' Attorney Planning Meeting Report (ECF 9) and the parties' Stipulated Motion for Scheduling Order (Motion) (ECF 10), and for good cause appearing, the court hereby GRANTS the Motion and enters the following scheduling order:

| | |
|---|---|
| Plaintiff's Initial Disclosures deadline | November 12, 2021. |
| Respondents' Initial Disclosure deadline | November 26, 2021 |
| Fact Discovery Cut-off | July 29, 2022 |
| Expert Discovery Cut-off | November 30, 2022 |
| Dispositive motion cut-off | December 30, 2022 |

DATED this 22 November 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah