RICHARD A. VAN WAGONER (4690)
SCOTT YOUNG (10695)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
*Attorneys for Defendants*
rav@scmlaw.com
rsy@scmlaw.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| S. STEVEN MAESE,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH JORDAN CITY, OFFICER JOHNNY SERRANO, OFFICER ANDREW THOMPSON, AND OFFICER DOES 1-10,<br><br>Defendants. | **DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:21CV562<br><br>Judge Cecilia M. Romero |

Defendants South Jordan City, Officer Johnny Serrano, and Officer Andrew Thompson ("Defendants") hereby incorporate the evidence and argument submitted in their Motion for Summary Judgment (Dkt. # 54) and Reply Memorandum in Support of their Motion for Summary Judgment (Dkt. # 75) in opposition to Plaintiff's Motion for Summary Judgment. Defendants have moved to strike Plaintiff's summary judgment motion because it was filed two months late, and they have also moved for a stay of filing this opposition memorandum. To date, the Court has not ruled on these motions. If the Court denies Defendants' motion to strike, Defendants request

-2-

fourteen (14) days to file an additional memorandum in opposition to Plaintiffs' motion for summary judgment.

DATED this 3rd day of April, 2023.

**SNOW CHRISTENSEN & MARTINEAU**

 /s/ Scott Young
Richard A. Van Wagoner
Scott Young
*Attorneys for Defendants*

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of April, 2023, I served a true and correct copy of **DEFENDANTS' MOTION TO STAY** *via Email* to the following:

> Francis Chiaramonte
> 336 w. Broadway Rd. #410
> Salt Lake City, UT 84101
> *Attorney for Plaintiff*

                                                   /s/ Aliza Murad