FILED
2024 OCT 29 AM 9:19
CLERK
U.S. DISTRICT COURT

S. Steven Maese
  steven.maese@gmail.com
3892 W Coastal Dune Dr
South Jordan UT 84009-4715
801-690-6960

*Plaintiff pro se*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTAL DIVISION

| | |
|---|---|
| S. Steven Maese,<br>    PLAINTIFF,<br><br>-v-<br><br>South Jordan City, et al.,<br>    DEFENDANTS. | **NOTICE OF APPEARANCE**<br><br>Case № 2:21-cv-0562-DBB-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Cecilia M. Romero |

COMES NOW S. STEVEN MAESE and notifies the court, and the Parties, he is appearing in this case *pro se*. His prior attorney, Francis Chiaramonte, has withdrawn or will withdraw shortly. All correspondence for this case should be addressed to Maese as stated above.

.

SUBMITTED this 29th day of October 2024.

                                                  S. Steven Maese

## Certificate *of* Service

I certify I sent copies of the preceding document via email to:

                    R. Scott Young:    rsyoung@spencerfane.com

              Frank Chiaramonte:    francis.w.chiaramonte@gmail.com

DATED this 29th day of October 2024.

                                                    S. Steven Maese