Francis Chiaramonte (#14157)
**CLEARMOUNTAIN LEGAL, PLLC**
336 W. 300 S. Unit 410
Salt Lake City, UT 84101
Phone: (385) 444-5554
Email:francis.w.chiaramonte@gmail.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| S. STEVEN MAESE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTH JORDAN CITY, OFFICER JOHNNY SERRANO, OFFICER ANDREW THOMPSON, AND OFFICER DOES 1-10,<br><br>　　　　　　Defendants. | **MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**<br><br>Case No. 2:21CV562<br><br>Judge Howard Nielson, Jr. |

　　　　Counsel Francis Chiaramonte hereby moves the court to withdraw as counsel for the plaintiff in the above-mentioned case.  The Plaintiff has terminated Mr. Chiaramonte's representation.


　　　　DATED This 6th day of November 2024


　　　　　　　　　　　　　　　　　　　　　　　CLEARMOUNTAIN LEGAL, PLLC
　　　　　　　　　　　　　　　　　　　　　　　*/s/*Francis Chiaramonte
　　　　　　　　　　　　　　　　　　　　　　　Francis Chiaramonte
　　　　　　　　　　　　　　　　　　　　　　　Attorney For Plaintiff

CERTIFICATE OF DELIVERY

I certify that on November 6, 2024,  I caused the foregoing document to be electronically filed with the court and delivered to the following:

Attorney for Defendant

CLEARMOUNTAIN LEGAL, PLLC

/s/Francis Chiaramonte
Francis Chiaramonte
