Francis Chiaramonte (14157)
  francis.w.chiaramonte@gmail.com
336 W 300 S Unit 410
Salt Lake City UT 84101
385-444-5554

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTAL DIVISION

| | |
|---|---|
| S. Steven Maese,<br>PLAINTIFF,<br><br>-v-<br><br>South Jordan City, et al.,<br>DEFENDANTS. | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Case № 2:21-cv-0562-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Cecilia M. Romero |

COMES NOW FRANCIS W. CHIARAMONTE and, under DUCivR83-1.4(b), moves to withdraw as counsel for S. Steven Maese.

## WITHDRAWAL STATEMENT

A) Chiaramonte is moving to withdraw because his client, Steven Maese, is requesting he withdraw.

B) Maese's contact information is as follows:

    S. Steven Maese
    3892 W Coastal Dune Dr
    South Jordan UT 84009
    steven.maese@gmail.com
    801-690-6960

C) Maese consents to this withdrawal and is, in fact, requesting it.

D) Currently, the only motion pending before the court is a motion to modify the scheduling order, and Maese is aware of this motion. No other dates exist for this case.

E) Maese's certification is as follows:

> When scheduled, I am eligible to procced with trial *pro se*.
>
> DATED this 13th day of November 2024.
>
> S. Steven Maese

F) As evidenced by the certificate of service at the end of this motion, it has been served on all parties.

G) Here, a proposed order is unnecessary because Maese has already filed his Notice of Appearance, *pro se*.

DATED this 13th day of November 2024.

*/s/ Francis W. Chiaramonte*
Francis W. Chiaramonte
Attorney for Plaintiff

# Certificate *of* Service

I certify I sent copies of the preceding document via email to:

                R. Scott Young:   rsyoung@spencerfane.com

                S. Steven Maese:   steven.maese@gmail.com

DATED this 13th day of November 2024.      */s/ Francis w. Chiaramonte*
                                                           Francis W. Chiaramonte
                                                           Attorney for Plaintiff