IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S. STEVEN MAESE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTH JORDAN CITY, et al.,<br><br>    Defendants. | **ORDER GRANTING [98] MOTION TO WITHDRAW**<br><br>Case No. 2:21-cv-00562-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Francis Chiaramonte's (Counsel) Motion for Withdrawal of Counsel (Motion) (ECF 98) and DUCivR 83-1.4, the court hereby GRANTS the Motion and ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Plaintiff S. Steven Maese. (Client).

Even though Client filed a Notice of Appearance (ECF 94), the court determined that the notice was deficient because Counsel had not yet filed a Motion to Withdraw (ECF 95). Therefore, with regard to Client's continued representation, the Court ORDERS as follows:

_____     _____("Substitute Counsel") has filed a Notice of Substitution of Counsel and is hereby recognized as counsel for Client in the above-referenced action.

__X__     For individual parties: Client or new counsel for Client must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

_____     For entity parties: New counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership or other artificial entity whose attorney has withdrawn. Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

__X___   All litigation dates pursuant to the controlling scheduling order remain in effect pending resolution of the Motion for Amended Scheduling Order (ECF 90).

_____   A scheduling conference is scheduled for _____, _____ at _____ __m.

_____   The action shall be stayed until twenty-one (21) days after entry of this order.

### NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the address set forth in the Motion for Withdrawal of Counsel, and to all other parties of record.

DATED this 14 November 2024.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah