FILED
2025 NOV 24 PM 1:27
CLERK
U.S. DISTRICT COURT

S. Steven Maese
  steven.maese@gmail.com
3892 W Coastal Dune Dr
South Jordan UT 84009-4715
801-690-6960

*Plaintiff pro se*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTAL DIVISION

| | |
|---|---|
| S. Steven Maese,<br>  PLAINTIFF,<br><br>    *-v-*<br><br>South Jordan City, et al.,<br>  DEFENDANTS. | **NOTICE OF READINESS FOR TRIAL**<br><br>Case № 2:21-cv-0562-DBB-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Cecilia M. Romero |

COMES NOW S. STEVEN MAESE and notifies the court, and the Parties, he is ready for trial in this case without counsel. He asks for trial date as well as a final date for pretrial motions.

.

SUBMITTED this 24ᵗʰ day of November 2025.

_____
S. Steven Maese

# Certificate *of* Service

I certify I sent copies of the preceding document via email to:

R. Scott Young:   rsyoung@spencerfane.com

DATED this 24th day of November 2025.

_____

S. Steven Maese